UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAUL GOODMAN,

                     Plaintiff,

    -against-                                         22 CIVIL 1813 (CS)

                                                       **JUDGMENT**

THE BOARD OF MANAGERS OF
HARBORVIEW CONDOMINIUM, RMR
RESIDENTIAL REALTY, LLC, LEHRMAN,
GUTERMAN & LEHRMAN, LLP, THE
FERRARA MANAGEMENT GROUP, INC. and
FINGER & FINGER, a Professional Corporation,

                    Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 23, 2023, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       October 23, 2023

                                                        **RUBY J. KRAJICK**

                                                             Clerk of Court

                           **BY:**

                                                             **Deputy Clerk**